```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 05077
    JANICE D BERRY
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4362


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/21/2007 and was confirmed 07/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP    SECURED VEHIC      2893.61         179.11         243.83
CREDIT ACCEPTANCE         UNSECURED          NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY                .00           .00            .00
AMERICAN COLLECTION       UNSECURED          NOT FILED          .00            .00
AT&T                      UNSECURED          NOT FILED          .00            .00
CAR TOWN INC              UNSECURED          NOT FILED          .00            .00
VILLAGE RADIOLOGY LTD     UNSECURED          NOT FILED          .00            .00
CREDIT PROTECTION ASSOC   UNSECURED          NOT FILED          .00            .00
ILLINOIS COLLECTION SERV  UNSECURED          NOT FILED          .00            .00
JVDB & ASSOC INC          UNSECURED          NOT FILED          .00            .00
MAYWOOD FIRE DEPT         UNSECURED          NOT FILED          .00            .00
MERCHANT COLLECTIONS      UNSECURED          NOT FILED          .00            .00
MCI                       UNSECURED          NOT FILED          .00            .00
MAYWOOD FIRE DEPT         UNSECURED          NOT FILED          .00            .00
MCI COMMUNICATIONS        UNSECURED          NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED            344.91           .00            .00
RADIOLOGY CONSULTANTS     UNSECURED          NOT FILED          .00            .00
US DEPT OF EDUCATION FIS  UNSECURED           6145.89           .00            .00
WEST SUBURBAN HEALTH CAR  UNSECURED          NOT FILED          .00            .00
WESTLAKE EMERGENCY        UNSECURED          NOT FILED          .00            .00
WESTLAKE COMMUNITY HOSPI  UNSECURED          NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED                .00          .00            .00
JERRY M SALZBERG          SECURED NOT I      3843.09            .00            .00
COMMONWEALTH EDISON       UNSECURED            961.28           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            233.92           .00            .00
ILLINOIS DEPT OF REV      PRIORITY             29.58            .00            .00
ILLINOIS DEPT OF REV      UNSECURED            631.59           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,364.00                         542.78
TOM VAUGHN                TRUSTEE                                             70.91
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 05077 JANICE D BERRY
```

```
-----------------------------------------------------------------------
                        RECEIPTS        DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                1,036.63

PRIORITY                                         .00
SECURED                                       243.83
    INTEREST                                  179.11
UNSECURED                                        .00
ADMINISTRATIVE                                542.78
TRUSTEE COMPENSATION                           70.91
DEBTOR REFUND                                    .00
                       ---------------   ---------------
TOTALS                 1,036.63               1,036.63
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
    Dated: 04/23/08         _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE

                        PAGE   2
        CASE NO. 07 B 05077 JANICE D BERRY